1 | **RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA 94104
Telephone:  415/981-9788
Facsimile:  415/981-9798
Email:  RogersRMR@yahoo.com

Attorneys for Plaintiff
**DANIEL HEATH**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL HEATH, | **Case No.: C13-01808 EJD** |
| Plaintiff, | Case filed:  04/19/13 |
| | Case reassigned:  05/17/13 |
| v. | Trial date:  TBA |
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS AND US AIRWAYS, INC., | **DISMISSAL OF CLAIM FOR PUNITIVE DAMAGES; [PROPOSED] ORDER** |
| Defendants. | |

Plaintiff dismisses his claim for punitive damages.

                                                 Respectfully submitted,

Dated: __06/13/13_____    LAW OFFICE OF RICHARD M. ROGERS

                               By: _/s/ Richard M. Rogers_____
                                    RICHARD M. ROGERS
                                    Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: ____6/21/2013_____ By: _____[signature]_____
                                          EDWARD J. DAVILA
                                          JUDGE OF THE US DISTRICT COURT