1 **RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
2 100 Bush Street, #1980
San Francisco, CA  94104
3 Telephone: 415/981-9788
Facsimile: 415/981-9798
4 Email: RogersRMR@yahoo.com

5 Attorneys for Plaintiff
**DANIEL HEATH**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIEL HEATH**, ) | **Case No.: C13-01808 EJD** |
| ) | |
| Plaintiff, ) | Case filed:         04/19/13 |
| ) | Case reassigned: 05/17/13 |
| v. ) | Trial date:          TBA |
| ) | |
| **INTERNATIONAL ASSOCIATION OF** ) | **DISMISSAL OF CLAIM FOR PUNITIVE** |
| **MACHINISTS AND AEROSPACE WORKERS** ) | **DAMAGES; [PROPOSED] ORDER** |
| **AND US AIRWAYS, INC.**, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff dismisses his claim for punitive damages.

Respectfully submitted,

Dated:___06/13/13_____    LAW OFFICE OF RICHARD M. ROGERS

By:_/s/ Richard M. Rogers_____
    RICHARD M. ROGERS
    Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated:_____6/21/2013_____By:_____
EDWARD J. DAVILA
JUDGE OF THE US DISTRICT COURT

HEATH
/PUNITIVE.DMIS

CASE NO. C13-01808 EJD -- DISMISSAL OF CLAIM FOR PUNITIVE DAMAGES; ORDER

1